**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| DR. BARRY EPPLEY, MD, DMD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | No. 1:09-cv-386-SEB-JMS |
| | ) | |
| LUCILLE IACOVELLI, | ) | |
| | ) | |
| Defendant. | ) | |

**Entry and Notice**

Mr. Bergeron's filings and communications to the Court contain various common themes, including the theme that he is not a party to this lawsuit. He makes this point for good reason, because a "party" is "[o]ne by or against whom a lawsuit is brought." *See U.S. ex rel Eisenstein v. City of New York*, 129 S. Ct. 2230, 2234 (2009)) (citing Black's Law Dictionary 1154 (8th ed. 2004)).

Nonetheless, as the Entry of February 11, 2010 (dkt 148) makes clear, Mr. Bergeron has substantial interests at stake in the approaching hearing of February 16, 2010. Although his filings reflect familiarity with at least some of the filings and rulings in this case, the Court intends to ensure that Mr. Bergeron has the opportunity to examine and make copies of all of the rulings and filings in this case. Accordingly, the clerk shall make the record in this case available to Mr. Bergeron for inspection and copying at noon on February 16, 2010 and shall make a copy of any filing or ruling he requests without charge.

**IT IS SO ORDERED.**

Date:  02/12/2010

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Gary P. Price
LEWIS & KAPPES
gprice@lewis-kappes.com

Todd Arthur Richardson
LEWIS & KAPPES
trichardson@lewis-kappes.com

Joseph Peter Rompala
LEWIS & KAPPES
jrompala@lewis-kappes.com

Lucille Iacovelli
3 Deer Hollow Road
Forestdale, MA 02644

Rich Bergeron
141 Green Street
Abington, MA 02351