UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| DR. BARRY EPPLEY, MD, DMD, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | No. 1:09-cv-386-SEB-JMS |
| ) | |
| LUCILLE IACOVELLI, ) | |
| ) | |
| Defendant. ) | |

**Entry Denying Motion to Supplement
Record with Electronic Evidence File**

Mr. Bergeron seeks to supplement the record on appeal. This request (dkt 164) follows the Court's finding that Mr. Bergeron is in contempt of court for the reasons and in the circumstances specified in the Entry of February 25, 2010.

Mr. Bergeron's motion to supplement Entry is governed by *Federal Rule of Appellate Procedure* 10(e), although he does not mention that Rule in his motion.

Rule 10(e) "allow[s] the district court to correct omissions from or misstatements in the record for appeal, not to introduce new evidence in the court of appeals." *S & E Shipping Corp. v. Chesapeake & Ohio Ry. Co.*, 678 F.2d 636, 641 (6th Cir. 1982). *Rule* 10(e) does not grant the parties "a license to build a new record," *Anthony v. United States*, 667 F.2d 870, 875 (10th Cir. 1981)(*citing Borden, Inc. v. Federal Trade Commission*, 495 F.2d 785 (7th Cir. 1974)), but is merely an opportunity to correct or modify the record in order to "truly disclose[ ] what occurred in the district court". *Fed. R. App. P.* 10(e); *see also Allen v. Minnstar, Inc.*, 8 F.3d 1470, 1473 (10th Cir. 1993).

Because Mr. Bergeron's motion to supplement record does not identify the specific materials he seeks to have included in the record on appeal–he makes only the vague statement that "the electronic evidence file should be substituted for what is now on the record"–and because he seeks through his motion to do precisely what is prohibited, *i.e.,* to change the record on appeal, his motion to supplement the record on appeal (dkt 164) is **denied.**

**IT IS SO ORDERED.**

Date: 04/02/2010

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Gary P. Price
LEWIS & KAPPES
gprice@lewis-kappes.com

Todd Arthur Richardson
LEWIS & KAPPES
trichardson@lewis-kappes.com

Joseph Peter Rompala
LEWIS & KAPPES
jrompala@lewis-kappes.com

Lucille Iacovelli
3 Deer Hollow Road
Forestdale, MA 02644

Rich Bergeron
141 Green Street
Abington, MA 02351