# Exhibit A

Dr. Barry Eppley

03/03/2009, JPR 1.10 Legal analysis regarding potential claims under Lanham Trademark Act

03/05/2009, JPR 1.10 Legal analysis regarding potential claims under trademark and Indiana law

03/11/2009  JPR 5.60 Legal analysis and brief to T. Richardson regarding potential claims under trademark act and common law,

03/12/2009  TAR 0.50 Attention to legal research and analysis of trademark issues; related communications.

03/23/2009  TAR 3.40 Telephone conference with clients; preparation of Verified Complaint; related research and communications

03/24/2009  TAR 4.70 Preparation of Verified Complaint; related legal research; correspondence to clients; related communications.

03/25/2009  TAR 6.50,Preparation of Verified Complaint; related research and communications

03/26/2009  TAR 6.80,Preparation of Verified Complaint; related research and communications

03/27/2009  TAR 6.30,Preparation of Verified Complaint and exhibits; related research and communications.,

03/27/2009  JPR 0.80,Review of proposed complaint and suggested edits,

03/29/2009  TAR 6.60 Preparation of Verified Complaint and Motion for Temporary Restraining Order; related research and communications

04/07/2009  TAR 6.60 Preparation for and attendance at hearing; preparation of examination outlines; review and analysis of tendered answer, counterclaims, affidavits and First Amendment brief; attention to inquiry from IBJ reporter; preparation of letter to defendant on preservation of electronic data; related communications with clients and co-counsel.

04/07/2009  JPR 5.20,Preparation for hearing on Preliminary Injunction/TRO,5.20

04/07/2009  JPR 1.10 Attend hearing on TRO/Preliminary Injunction,1.10

04/13/2009  JPR 0.40 Legal analysis regarding trademark violations,0.40

04/17/2009  TAR 6.90 Preparation for and attendance at preliminary injunction hearing; preparation of proposed preliminary injunction; attention to Entry denying continuance and other requests; attention to Preliminary Injunction and related Entry; related communications with clients and co-counsel.,6.90

04/17/2009  JPR 0.60 Preparation for hearing on preliminary injunction,0.60

04/17/2009  JPR 1.60 Attendance of preliminary injunction hearing,1.60

04/23/2009  JPR 0.60 Legal analysis related to motion for sanctions -- remedies available under Lanham act and availability of dismissal as remedy for failure to defend

06/30/2009  JPR 3.80 Legal analysis regarding matters pertaining to show cause hearing and damages -- analysis of elements of damages for specific torts as well as recoverable sums and continued analysis of authority of court to effectuate proposed orders

07/01/2009  TJL 13.00 Preparation for hearing; hearing; preparation of evidence related to defendant internet postings

07/01/2009  TAR 5.80 Preparation for and attendance at hearing on sanctions; related communications with client and follow-up

07/01/2009  JPR 1.70 Preparation for hearing

07/01/2009  JPR 9.30 Attendance at hearing and post hearing reproduction of exhibits

03/25/2010  TAR 8.70 Preparation of summary judgment brief, designation and notice to pro se litigant; related research and communications

03/25/2010  JPR 3.30 Preparation of designation of the record -- including assembling materials

03/26/2010  TAR 6.50 Preparation and filing of summary judgment motion, supporting brief, designation of evidence and pro se notice; related research and communications

03/26/2010  JPR 2.40 Preparation of designation of the record in support of summary judgment

03/26/2010  JPR 0.40 Supervision of filing of summary judgment materials

03/26/2010  JPR 0.30 Preparation of motion for summary judgment

05/11/2010  TAR 1.60 Preparation of reply in support of summary judgment motion; related research

05/13/2010  TAR 4.20,Preparation and filing of reply in support of summary judgment motion; related research and communications

05/13/2010  JPR 0.50 Filing of reply on summary judgment

```
Summary
Timekeeper      Hours
TAR             75.10
JPR             39.80
TJL             13.00

TOTAL          127.80
```