# Exhibit B

Expenses

| | | |
|---|---|---|
| 03/30/2009 | Copying Expense | 110.40 |
| 03/30/2009 | Copying Expense | 1.00 |
| 03/30/2009 | Copying Expense | 5.20 |
| 03/30/2009 | Copying Expense | 0.40 |
| 03/30/2009 | Copying Expense | 0.80 |
| 03/30/2009 | Copying Expense | 3.60 |
| 03/30/2009 | Copying Expense | 15.60 |
| 03/30/2009 | Copying Expense | 2.40 |
| 03/30/2009 | Copying Expense | 3.00 |
| 03/30/2009 | Copying Expense | 2.80 |
| 03/30/2009 | Copying Expense | 2.20 |
| 03/30/2009 | Copying Expense | 0.40 |
| 03/30/2009 | Copying Expense | 0.20 |
| 03/30/2009 | Copying Expense | 0.60 |
| 03/30/2009 | Copying Expense | 5.20 |
| 03/30/2009 | Fax Charge | 14.00 |
| 03/30/2009 | Federal Express | 37.13 |
| 03/30/2009 | Filing Fee | 350.00 |
| 03/30/2009 | Postage | 2.34 |
| 03/30/2009 | Postage | 10.98 |
| 03/30/2009 | Postage | 0.42 |
| 03/30/2009 | Scan Document | 28.00 |
| 03/30/2009 | Service Fee | 110.00 |
| 03/30/2009 | Tabs/ Copy Center | 0.60 |
| 03/30/2009 | Tabs/ Copy Center | 52.20 |
| 03/31/2009 | Copying Expense | 0.80 |
| 03/31/2009 | Fax Charges | 5.00 |
| 03/31/2009 | Westlaw | 2,242.96 |
| 03/31/2009 | Westlaw | 210.78 |
| 04/06/2009 | Copying Expense | 0.40 |
| 04/06/2009 | Copying Expense | 3.20 |
| 04/06/2009 | Copying Expense | 9.20 |
| 04/06/2009 | Copying Expense | 26.40 |
| 04/06/2009 | Copying Expense | 24.20 |
| 04/06/2009 | Copying Expense | 33.40 |
| 04/06/2009 | Copying Expense | 13.60 |
| 04/06/2009 | Copying Expense | 15.60 |
| 04/06/2009 | Copying Expense | 25.60 |
| 04/06/2009 | Copying Expense | 0.40 |
| 04/06/2009 | Express Mail | 16.63 |
| 04/06/2009 | Express Mail | 16.63 |
| 04/06/2009 | Scan Documents | 8.80 |
| 04/06/2009 | Tabs/ Copy Center | 2.10 |
| 04/07/2010 | Copying Expense | 0.60 |
| 04/07/2010 | Copying Expense | 0.80 |
| 04/07/2010 | Copying Expense | 21.00 |
| 04/07/2010 | Copying Expense | 6.00 |
| 04/07/2010 | Copying Expense | 21.60 |
| 04/07/2009 | Express Mail | 32.07 |
| 04/17/2009 | Copying Expense | 18.80 |
| 04/17/2009 | Copying Expense | 5.00 |
| 04/17/2009 | Copying Expense | 7.20 |
| 04/17/2009 | Copying Expense | 0.80 |
| 04/17/2009 | Postage | 6.80 |
| 04/17/2009 | Scan Documents | 18.00 |

| Date | Description | Amount |
|---|---|---|
| 04/17/2009 | Tabs/ Copy Center | 1.50 |
| 04/17/2009 | Tabs/ Copy Center | 8.40 |
| 04/30/2009 | Westlaw | 3,655.06 |
| 05/31/2009 | Westlaw | 958.93 |
| 06/11/2009 | Transcript | 127.75 |
| 06/26/2009 | Transcript | 175.60 |
| 06/30/2009 | Westlaw | 631.31 |
| 06/30/2009 | Westlaw | 1,719.82 |
| 07/01/2009 | Copying Expense | 7.20 |
| 07/01/2009 | Copying Expense | 2.60 |
| 07/01/2009 | Copying Expense | 140.80 |
| 07/01/2009 | Copying Expense | 10.00 |
| 07/01/2009 | Copying Expense | 16.60 |
| 07/01/2009 | Copying Expense | 46.80 |
| 07/01/2009 | Copying Expense | 6.80 |
| 07/01/2009 | Copying Expense | 0.80 |
| 07/01/2009 | Copying Expense | 88.60 |
| 07/01/2009 | Copying Expense | 2.60 |
| 07/01/2009 | Scan Document | 0.80 |
| 03/23/2010 | Copying Expense | 3.20 |
| 03/23/2010 | Copying Expense | 1.60 |
| 03/24/2010 | Postage | 0.88 |
| 03/24/2010 | Copying Expense | 15.20 |
| 03/24/2010 | Copying Expense | 2.00 |
| 03/24/2010 | Scan Document | 1.40 |
| 03/26/2010 | Copying Expense | 7.00 |
| 03/26/2010 | Postage | 2.07 |
| 03/31/2010 | Westlaw | 1,190.23 |
| 04/30/2010 | Westlaw | 421.88 |
| 04/30/2010 | Copying Expense | 2.00 |
| 05/13/2010 | Postage | 1.05 |
| 05/31/2010 | Westlaw | 114.38 |

| Category | Amount |
|---|---|
| Westlaw | $11,145.35 |
| Copying Expenses | $ 789.20 |
| Filing Fees | $ 350.00 |
| Transcript | $ 303.35 |
| Service Fee | $ 110.00 |
| Fax Charges | $ 19.00 |
| Federal Express | $ 37.13 |
| Tabs | $ 64.80 |
| Express Mail | $ 65.33 |
| Postage | $ 24.54 |
| Scans | $ 78.00 |

Total Expenses $12,986.70